UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YVONNE MCKIMMENS,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:16-cv-05605-RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation [Dkt. #11];

(2) Defendants' converted motion for summary judgment [Dkt. #9] is GRANTED; and

(3) Plaintiff's complaint is DISMISSED without prejudice for lack of jurisdiction.

DATED this 20th day of December, 2016.

                                            Ronald B. Leighton
                                            United States District Judge

ORDER - 1